# Order

Michigan Supreme Court
Lansing, Michigan

March 1, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155289 & (10)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                   SC: 155289
                                                   COA: 336431

JASON NICHOLAS TERRILL,
      Defendant-Appellant.
                                                   Ingham CC: 13-000311-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 1, 2017



Clerk

s0228